**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KLAUS DUELL, | ) |
| | ) |
| Petitioner, | ) |
| | )   Misc. Nos. 25-206-CFC-LDH |
| v. | )              25-208-CFC-LDH |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**REPORT & RECOMMENDATION**

WHEREAS, Petitioner filed Motions to Reopen the Case on November 14, 2025 at D.I. 9 in the above-captioned cases;

WHEREAS, Defendant filed an Answering Brief at D.I. 10 the above-captioned cases informing the Court that it does not oppose Petitioner's Motion in light of her certificates of service appended to the original Petitions to Quash Third-Party Summonses;

ACCCORDINGLY, I hereby recommend that Petitioner's Motions to Reopen the Case be GRANTED and that Defendant's responses to the Petitions be filed no later than June 3, 2026.

Dated: May 5, 2026

_____
United States Magistrate Judge