IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KLAUS DUELL,                          )
                                      )
            Petitioner,               )
                                      )   Misc. Nos. 25-206-CFC-LDH
      v.                              )              25-208-CFC-LDH
                                      )
UNITED STATES OF AMERICA,             )
                                      )
            Respondent.               )

## ORDER

At Wilmington on this _20th_ day of May in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Laura D. hatcher

filed on May 5, 2026, and upon the expiration of the time allowed for objections

pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections

having been filed;

It is HEREBY ORDERED that:

1.    The Magistrate Judge's Report and Recommendation is **ADOPTED**.

2.    Petitioner's Motions to Reopen the Case are **GRANTED** and

      Respondent's responses to the Petitions shall be filed no later than

      June 3, 2026.

_____
                    Chief Judge